Assik Burstein, Respondent, v. Ellis Levine, Appellant.— Motion denied on condition that the appellant perfect his appeal and be ready for argument at the next term of this court, otherwise motion granted, with costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Louis Burstein and Others, Respondents, v. William F. Sullivan, Appellant.— Motion for reargument denied, with ten dollars costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Sarah A. Carlin, as Administratrix, etc., Appellant, v. The New York Dock Company and Another, Respondents.— Motion for reargument granted upon the single question whether the decedent was the fellow-servant of the captain, and case set down for Tuesday, March 1, 1910.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

City Equity Company, Respondent, v. Elm Park Realty Company and Jacob I. Housman, Impleaded with Mary E. Housman, Wife of Jacob I. Housman, Appellants.— Motion denied, without costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

City Equity Company, Respondent, v. Minnie E. Jones and Others, Appellants.— Motion denied, without costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Estelle Rau Cohen, Respondent, v. John Hancock Mutual Life Insurance Company and Another, Appellants.— Motion denied, without costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Continental Insurance Company, Respondent, v. Julia B. Reeve and Others, Defendants, Impleaded with Lotus Realty Company and Another, Appellants.— Motion to resettle order denied, without costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Continental Insurance Company, Respondent, v. Julia B. Reeve and Others, Defendants, Impleaded with Lotus Realty Company and Another, Appellants.— Motion for reargument denied, with ten dollars costs.    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Thomas Cousins and Joseph B. Cousins, Respondents, v. Edward F. Schlichter, Appellant.— Motion for reargument denied, with costs.    Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Lena Dieterlen, as Administratrix, etc., of Henry A. Dieterlen, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.    Execution stayed for thirty days.    Present — Hirschberg, P. J., Jenks, Thomas and Carr, JJ.; Burr, J., not voting.

Thomas F. Duffy, Respondent, v. Thomas F. Shirden and Others, Defendants, Impleaded with Emma Packard, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.    Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Edward Thompson Company, Respondent, v. Louis B. Boudin, Appellant.— Motion denied, with ten dollars costs    Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Santo Giambalvo, Respondent, v. William Breul, Appellant.— Motion for rear-